# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-2143
_____

John Harvey,                                    *
                                                *
           Appellant,                           *
                                                *   Appeal from the United States
      v.                                        *   District Court for the Eastern
                                                *   District of Missouri.
Philip Lomason; Gregory Harvey,                 *
                                                *           [UNPUBLISHED]
           Appellees.                           *
                            _____

Submitted:  December 6, 2002

Filed:   December 11, 2002
                            _____

Before WOLLMAN, MORRIS SHEPPARD ARNOLD, and MELLOY, Circuit
       Judges.
                            _____

PER CURIAM.

      John Harvey appeals the district court's[1] order granting defendants' motions
to dismiss.  Having carefully reviewed the record, we conclude dismissal of
Mr. Harvey's federal constitutional claims was proper for the reasons explained by

_____

      [1]The Honorable Lewis M. Blanton, United States Magistrate Judge for the
Eastern District of Missouri, to whom the case was referred for final disposition by
consent of the parties pursuant to 28 U.S.C. § 636(c).

the district court.  Accordingly, we affirm the district court's order, but modify the dismissal of any state law claims to be without prejudice.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK,  U.S.  COURT  OF  APPEALS,  EIGHTH  CIRCUIT.